THE ST. LOUIS, KANSAS CITY AND COLORADO RAILROAD COMPANY, Defendant in Error, v. WILLIAM P. LEWRIGHT *et al.*, Plaintiffs in Error.

St. Louis Court of Appeals, February 28, 1891.

Appeal : JURISDICTION.  An action for the condemnation of land for public uses involves title to land, and the supreme court has exclusive jurisdiction of an appeal therein.

*Error to the St. Louis County Circuit Court.*—HON. W. W. EDWARDS, Judge.

TRANSFERRED TO SUPREME COURT.

*John W. Booth*, for plaintiffs in error.

*R. H. Stevens* and *T. A. Lowe*, for defendant in error.

ROMBAUER, P. J.—This is a proceeding seeking to condemn the land of the defendants for a right of way of plaintiff's railroad.  We have decided at the present term in *Musick v. Railroad*, 43 Mo. App. 326, that where proceedings of this character contemplate practically a divestiture of title, they are suits *involving title to real estate*, within the meaning of section 12, article 6, of the constitution, and that the supreme court has exclusive appellate jurisdiction thereof.  It would seem

The St. Louis, K. C. & C. Ry. Co. v. Lewright.

to us that the supreme court in effect has so decided this question by retaining jurisdiction of the cause of the *Chicago, etc., Ry. Co. v. Young*, 96 Mo. 39, which involved the validity of condemnation proceedings for road purposes, and which came to that court upon a direct appeal from the Clinton circuit court.

It is, therefore, ordered that the clerk at once transfer all the papers in this case, with a copy of this order of transfer, to the supreme court. All the judges concur.